Eastern District of Kentucky<br>
**FILED**<br>
SEP 2 6 2024<br>
AT LONDON<br>
Robert R. Carr<br>
**CLERK U.S. DISTRICT COURT**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**PIKEVILLE**

**CRIMINAL ACTION NO.** 7:24-CR-016-KKC

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

V.       **MOTION OF UNITED STATES**
         **FOR ISSUANCE OF ARREST WARRANT**

**JUSTIN D. SLONE**                                                        **DEFENDANT**

\* \* \* \* \*

The United States moves for the issuance of an arrest warrant for the presence of the Defendant, **JUSTIN D. SLONE**, returnable forthwith.

Respectfully submitted,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

By: _/s/ Andrew H. Trimble_
Andrew H. Trimble
Assistant United States Attorney
601 Meyers Baker Rd. Suite 200
London, KY 40741
(606) 330-4838
Andrew.Trimble@usdoj.gov