Eastern District of Kentucky<br>
**FILED**<br>
SEP 26 2024<br>
AT LONDON<br>
Robert R. Carr<br>
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**PIKEVILLE**

**CRIMINAL ACTION NO.** 7:24-CR-016-KKC

**UNITED STATES OF AMERICA**                                **PLAINTIFF**

V.        **ORDER FOR ISSUANCE OF ARREST WARRANT**

**JUSTIN D. SLONE**                                          **DEFENDANT**

\* \* \* \* \*

The Court ORDERS that the Motion of the United States for issuance of an arrest warrant is GRANTED, and an arrest warrant is ISSUED for the Defendant, **JUSTIN D. SLONE**.

On this 16th day of September 2024.

_____
UNITED STATES MAGISTRATE JUDGE

Copies:   United States Marshal
          United States Probation
          Andrew H. Trimble, Assistant United States Attorney