**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**PIKEVILLE**

Eastern District of Kentucky
**FILED**
SEP 26 2024
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**CRIMINAL ACTION NO.** 7:24-CR-016-KKC

**UNITED STATES OF AMERICA**　　　　　　　　　　　　**PLAINTIFF**

V.　　**MOTION OF UNITED STATES FOR WRIT**
　　　**OF HABEAS CORPUS AD PROSEQUENDUM**

**JUSTIN D. SLONE**　　　　　　　　　　　　　　　　**DEFENDANT**

\* \* \* \* \*

The Defendant, **JUSTIN D. SLONE**, is now confined at the Floyd County Jail in Prestonsburg, Kentucky. Accordingly, the United States moves for a writ of habeas corpus ad prosequendum commanding the jailer to deliver **JUSTIN D. SLONE** to the United States Marshal so that **JUSTIN D. SLONE** may be brought before this Court for an initial appearance, arraignment and for other proceedings.

Respectfully submitted,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

By: /s/ Andrew H. Trimble
Andrew H. Trimble
Assistant United States Attorney
601 Meyers Baker Road Suite 200
London, KY 40741
(606) 330-4838
Andrew.Trimble@usdoj.gov