# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# PIKEVILLE

**CRIMINAL ACTION NO.** 7:24-CR-016-KKC

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

**V.**      **ORDER GRANTING MOTION OF UNITED STATES**
         **FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

**JUSTIN D. SLONE**                                                                        **DEFENDANT**

\* \* \* \* \*

On September 26, 2024, the federal grand jury indicted the Defendant, **JUSTIN D. SLONE**, on charges of, among other things, possession of a firearm by a convicted felon. The United States moves for a writ of habeas corpus ad prosequendum commanding the jailer of the Detention Center/Jail to deliver **JUSTIN D. SLONE** to the United States Marshal so that **JUSTIN D. SLONE** may be brought before this Court for an initial appearance, arraignment and for other proceedings.

Accordingly, the Court ORDERS:

(1)      the Motion of the United States for a writ of habeas corpus ad prosequendum is GRANTED;

(2)      the jailer of the Floyd County Jail shall DELIVER the Defendant, **JUSTIN D. SLONE**, to the United States Marshal for the Eastern District of Kentucky;

(3) the Marshal shall DELIVER **JUSTIN D. SLONE** in custody before the United States District Court at **PIKEVILLE**, Kentucky, on _____, _____, at _____, for an initial appearance and arraignment on the federal charges against him, and from time to time thereafter until this case is disposed of;

(4) the Marshal shall safely KEEP **JUSTIN D. SLONE** in custody until he/she is no longer needed; at which time the Marshal shall RETURN **JUSTIN D. SLONE** to the custody of the jailer; and

(5) the Clerk shall forward this order to the United States Marshal (3 certified copies) and to the United States Probation Office.

On this the _____ day of _____ 2024.

_____
UNITED STATES MAGISTRATE JUDGE