UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CRIMINAL ACTION NO. 7:24-CR-16-KKC

UNITED STATES OF AMERICA,                                                    PLAINTIFF,

V.                                              ORDER

JUSTIN D. SLONE,                                                            DEFENDANT.

On the Court's own motion, and being advised,

IT IS ORDERED that the initial appearance and arraignment currently scheduled for Friday, October 18, 2024, is RESCHEDULED for TUESDAY, OCTOBER 22, 2024, at the hour of 2:00 p.m., in Pikeville.

Signed October 16, 2024.



Signed By:
*Edward B. Atkins*  EBA
**United States Magistrate Judge**