UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

CRIMINAL ACTION NO. 7:24-CR-0016-KKC-EBA

UNITED STATES OF AMERICA                                        PLAINTIFF

VS.

JUSTIN SLONE                                                    DEFENDANT

### MOTION FOR PSYCHIATRIC AND/OR PSYCHOLOGICAL EXAMINATION

Comes now the Defendant, JUSTIN SLONE, by counsel, and pursuant to 18 U.S.C. Secs. 4241 and 4242, respectively, and hereby moves the Court for an Order requiring the Defendant to be examined as to both his competency to stand trial and his criminal responsibility (if any) for the offenses for which he is charged herein.

As grounds, counsel advises the Court that the Defendant and his family have told him that the Defendant has been treated for various mental illnesses since approximately age sixteen (16). Many of these diagnoses have resulted in the Defendant being prescribed psychotropic medications over a period of more than 20 years, including at the time of his arrest on the charges contained in the above-styled indictment.

WHEREFORE, counsel moves the Court for an Order requiring the Defendant to undergo a psychological and/or psychiatric examination as to his competency to stand trial, and his criminal responsibility (if any).

/s/Andy Markelonis
ANDY MARKELONIS
P.O. Box 464, 2708 Louisa Street
Catlettsburg, Kentucky  41129
(606) 739-8616; (606) 615-6711
Attorney for Defendant

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing was served upon the parties via the CM/ECF filing system on this the 1st day of November, 2024.

/s/Andy Markelonis
ANDY MARKELONIS