UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

CRIMINAL ACTION NO. 7:24-CR-0016-KKC-EBA

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.

JUSTIN SLONE                                                      DEFENDANT

## ORDER FOR PSYCHIATRIC/PSYCHOLOGICAL EXAMINATION

Defendant, JUSTIN SLONE, having filed a Motion, by counsel, for a psychiatric examination, and the Court having conducted a hearing regarding the Defendant's mental status, IT IS HEREBY ORDERED that the Defendant's Motion is SUSTAINED.  IT IS FURTHER ORDERED that the Defendant shall be administered a psychiatric and/or psychological examination at a facility to be determined by the U.S. Bureau of Prisons.

Said examiners shall prepare a report regarding Defendant's competency to stand trial, and a determination of his criminal responsibility (if any).  Said report shall be furnished to the Court, defense counsel, and the United States Attorney's Office.

THIS the _____ day of November, 2024.

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY