UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JUSTIN SLONE,<br><br>    Defendant. | CRIMINAL NO. 7:24-CR-16-KKC-EBA<br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

Defendant Justin Slone has filed a motion requesting a psychiatric or psychological examination to determine his mental competency to stand trial. (DE 14.) Being sufficiently advised, the Court hereby ORDERS that Defendant's motion (DE 14) is GRANTED.

The Court further ORDERS, pursuant to 18 U.S.C. § 4241(a) and (b) and 18 U.S.C. § 4247(b) and (c), as follows:

(1)    Pursuant to by 18 U.S.C. § 4241(a) and (b), Defendant shall be placed in an institution designated by the Bureau of Prisons for the psychiatric and/or psychological examination(s) authorized by 18 U.S.C. § 4247(b) that are necessary to fulfill the purpose set forth in paragraph (2) of this order;

(2)    In accordance with 18 U.S.C. § 4241(a), the purpose of the examination(s) shall be to determine whether the Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense;

(3)    Pursuant to Rule 12.2(c), Defendant is to submit to such examination as ordered above;

(4)    Pursuant to 18 U.S.C. § 4247(c), the examiner and/or examiners designated to conduct such examinations shall file with the Court as soon as possible after the completion of such examination(s),

a report with copies provided to counsel for the Defendant, counsel for the United States, and the United States Probation Office. Said report shall include:

(a) Defendant's history and present symptoms;

(b) A description of the psychiatric, psychological, and medical tests that were employed and their results;

(c) Confirmation that the examiner has secured and considered any medical records the examiner deems necessary to the examiner's findings and opinions;

(d) The examiner's findings;

(e) The examiner's opinions as to diagnosis, prognosis, and whether Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

(f) The examiner's curriculum vitae and/or listing containing his/her professional credentials and qualifications.

(5) Pursuant to 18 U.S.C. 4247(b), the Defendant shall be committed to the custody of the Attorney General for the purpose of such examinations for a reasonable period of time NOT TO EXCEED THIRTY (30) DAYS, unless otherwise ordered by the Court;

(6) The Clerk of the Court shall make a copy of this Order available to the United States Probation Office, the United States Marshal's Office, and to counsel of record; and

(7) The trial date of December 16, 2024 is hereby SET ASIDE.

Pursuant to the Speedy Trial Act provisions of Title 18, United States Code, Section 3161(h)(1)(A), the time required for trial of Defendant shall be tolled from the date of the instant order until the results of said psychiatric examinations are received by the Court, such period being a delay contemplated by Title 18, United States Code, Section 3161(h)(1)(A).

This 1st day of November, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY