UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JUSTIN SLONE,<br><br>    Defendant. | CRIMINAL NO. 7:24-CR-16-KKC-EBA<br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

The Court ordered that Defendant Justin Slone be committed to the custody of the Attorney General for the purpose of conducting a psychiatric or psychological examination by a licensed or certified psychiatrist or psychologist. (DE 15.) The Court's purpose in ordering the examination was to determine whether the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist in his own defense.

The examination has been conducted and the examiner has now submitted a Forensic Evaluation to the Court. Accordingly, the Court hereby ORDERS as follows:

1.  The Clerk of the Court is DIRECTED to file the Forensic Evaluation in the record UNDER SEAL and distribute copies to the United States Probation Office and counsel of record;

2.  If either party intends to present evidence contesting the findings of the examiner contained in the evaluation, that party SHALL FILE a motion for a competency hearing **within 14 days** of the entry of this Order; and

3.  If neither party files a motion for a competency hearing, the Court will adopt the examiner's findings and set this matter for a telephonic status conference.

2

This 21st day of January, 2025.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY