# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION AT PIKEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JUSTIN SLONE,<br><br>    Defendant. | CRIMINAL NO. 7:24-CR-16-KKC-EBA<br><br><br>**<u>ORDER</u>** |

\*\*\* \*\*\* \*\*\*

The Court ordered that Defendant Justin Slone be committed to the custody of the Attorney General for the purpose of conducting a psychiatric or psychological examination by a licensed or certified psychiatrist or psychologist. (DE 15.) The Court's purpose in ordering the examination was to determine whether the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist in his own defense.

The evaluation has since been filed in the record and neither party moved for a competency hearing within the allotted time of fourteen (14) days. Accordingly, the Court hereby ORDERS as follows:

1. the evaluation (DE 19) is ADOPTED as the Court's findings;

2. the Jury Trial in this matter is scheduled for May 5, 2025 at 9:00 a.m. at Pikeville, Kentucky. Counsel and parties are to be present at 8:30 a.m.; and

3. the Court FINDS that pursuant to the provisions of 18 U.S.C. §3161(h)(7)(A), that the ends of justice served by granting a continuance outweigh the best interest of the public and defendants in a speedy trial, because failure to grant such a continuance would deny the defendants reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The time is excluded from the date of this Order through the new trial date.

This 7th day of February, 2025.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY