UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

CRIMINAL ACTION NO. 7:24-CR-0016-KKC

UNITED STATES OF AMERICA             PLAINTIFF

VS.

JUSTIN D. SLONE             DEFENDANT

## MOTION TO CONTINUE TRIAL DATE

Comes now the Defendant, JUSTIN D. SLONE, by counsel, and hereby moves the Court to enter an Order continuing the trial date in the above-styled action for approximately sixty (60) days. As grounds, Defendant and counsel state that plea negotiations between the parties have been ongoing, and have resulted in a plea offer from the United States which counsel received on Friday, April 11, 2025. Counsel believes that this short continuance will serve the ends of justice and allow counsel to properly review the agreement with the Defendant and/or prepare for trial in the event the agreement were to be rejected. Counsel further advises the Court that he has discussed this Motion with the Assistant United States Attorney, and believes that the Government has no objection to a short continuance.

WHEREFORE, counsel moves the Court to continue the trial date in the above-styled action for approximately sixty (60) days.

/s/Andy Markelonis_____
ANDY MARKELONIS
P.O. Box 464, 2708 Louisa Street
Catlettsburg, Kentucky  41129
(606) 739-8616; (606) 615-6711
Attorney for Defendant

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing was served upon the parties via the CM/ECF filing system on this the 14th day of April, 2025.


/s/Andy Markelonis_____
ANDY MARKELONIS