UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

CRIMINAL ACTION NO. 7:24-CR-0016-KKC

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.

JUSTIN D. SLONE                                             DEFENDANT

## ORDER

The Defendant, JUSTIN D. SLONE, by and through counsel, having filed a Motion to Continue the trial date in the above-styled action, and the Court being otherwise advised, IT IS HEREBY ORDERED that the trial date in the above-styled action be, and hereby is, RESCHEDULED to: _____, 2025 at _____m. in _____.

THIS the _____ day of April, 2025.

_____
HON. KAREN K. CALDWELL, JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY