# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION AT PIKEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>V.<br><br>JUSTIN D. SLONE,<br><br>    Defendant. | CRIMINAL NO. 7:24-CR-16-KKC-EBA<br><br><br>**ORDER** |

*** *** ***

This matter is before the Court on the Motion to Continue Trial (DE #21) filed by counsel for the defendant. Defense counsel state that plea negotiations have been ongoing and a plea offer was received from the United States on April 11, 2025. Counsel believes a continuance of approximately sixty (60) days will allow counsel to review the agreement with the defendant and prepare for trial, if necessary. The United States has no objection to the continuance.

Accordingly, the Court hereby ORDERS:

1) The Motion to Continue Trial (DE #21) is **GRANTED.**

2) The Jury Trial, currently scheduled for May 5, 2025 is CONTINUED, to July 14, 2025 at 9:00 a.m. in Pikeville, Kentucky. Counsel and parties are to be present at 8:30 a.m. The estimated length of trial is two days. Pretrial deadlines are reset relative to the new trial date.

3) The delay occasioned by the continuance of the trial is excluded under the Speedy Trial Act. In this case, the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A). Failure to grant such a continuance would deny counsel for the defendant reasonable time necessary for effective preparation and possible resolution, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). Therefore, the time is excluded from May 5, 2025 to July 14, 2025 under the Speedy Trial Act.

This 14th day of April, 2025.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY