UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

CRIMINAL ACTION NO. 7:24-CR-0016-KKC

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.

JUSTIN D. SLONE                                                       DEFENDANT

**<u>ORDER</u>**

      The Defendant, JUSTIN D. SLONE, by counsel, having filed a Motion for Rearraignment, and the Court being otherwise advised, IT IS HEREBY ORDERED that the above-styled action be and hereby is SCHEDULED on: _____, 2025 at _____m. in _____ for REARRAGINMENT.

      THIS the _____ day of _____, 2025.

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY