UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

CRIMINAL ACTION NO. 7:24-CR-0016-KKC

UNITED STATES OF AMERICA                                      PLAINTIFF

VS.

JUSTIN D. SLONE                                               DEFENDANT

## ORDER

The Defendant, JUSTIN D. SLONE, by counsel, having filed a Motion for Rearraignment, and the Court being otherwise advised, IT IS HEREBY ORDERED that the motion is GRANTED and this action is SCHEDULED for Rearraignment on July 14, 2025 at 11:30 a.m. in Lexington, KY. The Court further hereby ORDERS that the trial scheduled for the same date is CANCELED.

July 1, 2025

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY