UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT PIKEVILLE
CRIMINAL MINUTES – ARRAIGNMENT AND PLEA

Case No. 7:24-cr-016-KKC-EBA-1    At Lexington    Date July 14, 2025

USA vs Justin D. Slone    x present   x custody   ___ bond   ___ OR   Age ___

DOCKET ENTRY: Defendant appeared with counsel for rearraignment in this matter and proceedings were held as noted. The defendant was placed under oath and questioned by the Court. The Court finds the defendant to be fully competent and capable of entering an informed plea. The guilty plea is a knowing and voluntary plea, supported by an independent basis in fact, containing the essential elements of offense charged in count 1 of the Indictment. The plea of guilty is accepted as to Count 1 of the Indictment, and the defendant is adjudged guilty.

PRESENT:   HON. KAREN K. CALDWELL, U.S. DISTRICT JUDGE

| Genia Denisio | Lauren Gootee | None | Andrew H. Trimble |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant  Andy Markelonis   x present   ___ retained   x Appointed

PROCEEDINGS:  **REARRAIGNMENT and GUILTY PLEA**

- x   Copy of Indictment previously given to the defendant.
- x   Defendant states true name is as stated on the Indictment.
- ___ The defendant waives formal arraignment.
- x   Defendant formally arraigned and advised of rights, under Rule 11, F.R.Cr.P.
- x   Defendant moves to CHANGE PLEA on Count 1 of the Indictment.  The court GRANTS the motion.
- x   Defendant waives reading of Indictment-Information.  x Indictment.
- x   Defendant pleads x Guilty to Count 1 of the Indictment.  __Not guilty to count.
- x   Defendant agrees with the facts contained in the forfeiture allegation of the Indictment.
- x   PLEA AGREEMENT previously filed in the record [25].
- x   JURY TRIAL previously SET ASIDE & CANCELED.
- ___ Copy of presentence report not requested.  __Court received Presentence Report.
- x   Court orders a Presentence Report, with copies to be furnished to counsel and defendant, pursuant to Rule 32, F.R.Cr.P.
- ___ Defendant to remain in the same conditions of release previously imposed, pending the sentencing hearing.
- x   Defendant remanded to custody.

Case continued until **October 14, 2025**, at **11:30 a.m.** at Lexington, Kentucky, for sentencing, subject to intervening orders of the Court.

Copies: COR, USP, USM, D, JC
Initials of Deputy Clerk    gld
TIC:  19  min