UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

CRIMINAL ACTION NO. 7:24-CR-0016-KKC

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.

JUSTIN SLONE                                                                        DEFENDANT

### NOTICE OF FILING

Comes now the Defendant, JUSTIN SLONE, by counsel, and hereby submits the attached correspondence for the Court's consideration prior to Final Sentencing in the above-styled action.

/s/Andy Markelonis_____
ANDY MARKELONIS
P.O. Box 464, 2708 Louisa Street
Catlettsburg, Kentucky  41129
(606) 739-8616; (606) 615-6711
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served upon the parties via the CM/ECF filing system on this the 30th day of September, 2025.

/s/Andy Markelonis_____
ANDY MARKELONIS