Dear Judge Caldwell,

My name is Leslie Slone, I'm writing on behalf of my father Justin Slone. I fully understand the seriousness of his charges and that you must sentence him in accordance with the law. I only respectfully ask that you see him through my eyes.

We are a very small family, so there is a massive void in our lives without my dad. It breaks my heart to imagine my future and not know if he will be there for all the important moments. I've always been closer with my dad than anyone else. I will not excuse his mistakes, but he is a good hearted man and loving father. There is not an evil or violent bone in his body. He has struggled with drug addiction for as long as I can remember, but has never received any real help or rehabilitation. I have seen him get clean before, I know he is capable of being his best self. We all want him to get help and I whole-heartedly believe he wants help now too.

I wish the world could see him beyond his criminal record, the man who taught me how to golf, defend myself, deal with my anxiety and make the best milkshakes ever. He's the only person I feel that truly understands me. I miss watching our favorite TV shows together and him always making me laugh despite how sad I may be. He loves building fires, cooking out and listening to music with us in Summer.

Case: 7:24-cr-00016-KKC-EBA   Doc #: 28-1   Filed: 09/30/25   Page: 2 of 4 - Page ID#: 90

I know my dad wishes he could undo his mistakes. He would give anything for a time machine so he could never have put us through this. All he wants is a chance for one day to make up for it. We've all been through so much pain.

Your Honor, I pray you can consider my words as you make your decision. My father is very loved and needed. Thank you so much for taking time to read my letter, I greatly appreciate it.

Sincerely,

Leslie Slone

Dear Judge Caldwell,

My name is Angeline Slone. I am writing you on behalf of my husband Justin Slone. I just want to give you a glimpse of the man I know and love. Justin and I have been together for more than half our lives since 1999. We share the same birthday, a million memories and two children. I understand that my husband has made mistakes, but I know in my heart the kind of man he is capable of being.

His battle with drug addiction has been a long painful one, and while this does not excuse his actions. I believe it has been the greatest factor in the poor decisions that led him here. Despite his struggles he has always loved and cared for our children. He reminds us every single day of how sorry he is and he prays that one day he will be able to make things right. He wants to get help and change for himself and for his family.

Your honor, my children love and need their father we feel so incomplete without him. I only ask that

When you make your decision, you see Justin as the father, husband, and man he is beyond his criminal record. His life and family's future rest in your hands. I respectfully ask for your mercy and I am grateful for your time and consideration. Thank you for Reading.

Sincerely,

Angelie Stone