The Honorable Judge
Karen Caldwell

Sept. 25 2025

RE: Sentencing of
Justin D. Slone
Case No. 7:24-CR-00016

Dear Judge Caldwell

Your honor my name is Susan Francis. I am writing to you on behalf of my son Justin Slone. Justin will come before you on Oct. 14th for his final sentencing. I fully acknowledge the severity of his case and the consequences of his actions. As a mother it's very difficult to watch your only child suffer from drug addiction. Justin isn't a violent person, he just lost his way due to his addiction. He doesn't pose a threat to anyone, but himself. When he was incarcerated at Lexington Medical F.B.O.P. we witnessed a great improvement in his overall mental health.

Your honor, I politely appeal to you for leniency and the possibility that he be sentenced to the same facility. My son is very remorseful and apologetic to his family. Upon his release after his time served he will return to his family a loving wife, three children four grandchildren and myself. We will eagerly await that day. He will have the love and support needed to re-enter society as a productive citizen.

Your honor I am asking that when you hand down his sentence to please consider granting mercy upon him. He is missed and loved so much, we truly need him in our lives.

Respectfully
Susan Francis

Susan Francis