# The Honorable Karen K. Caldwell
## United States District Judge
## Eastern District of Kentucky

Case No: 7:24-cr-00016

Dear Judge Caldwell,

My name is Luke Slone, the son of Justin D. Slone, and I am writing to you on his behalf as he appears before Your Honor for sentencing on October 14, 2025. I am fully aware of the seriousness of his case, and I do not write to excuse his actions. Instead, I hope to provide you with a truthful account of my father as a person, the struggles he has faced that led him into this sad way of life, and why I know he has the potential to return to society in a positive way once his punishment is complete.

For as long as I can remember, my father has been a central figure in my life. He is not a perfect man. He has struggled with addiction for many years, but he has always remained present in our lives. When he is sober, he is a smart, kind, deeply caring, and understanding man. Family has always been what mattered most to him, and I have seen firsthand the guidance and support he is capable of giving. His greatest battle has been with addiction, a struggle that has hurt him and all of us who love him. Even so, through his darkest times I have continued to see glimpses of the man I know he truly is, someone who can make you smile, remind you that you are not alone, and help carry you through hard times because he has lived through them himself.

I know for certain that my father is capable of change. He has accepted responsibility for his mistakes, and he tells us how sorry he is for not being there every time we talk on the phone. He understands the seriousness of his situation and has come to terms with the fact that he will not be coming home for a very long time. I can already see that realization changing him. No matter what sentence Your Honor imposes, which I know rests solely in your hands, what he needs most is an opportunity for rehabilitation so that he can address the root of his problems. Structured treatment, combined with the constant love and support of myself, my sister, my mother, and my grandmother, would give him the best chance to succeed, to gain skills that will help him find steady employment upon release, and to hopefully maintain sobriety for the rest of his life.

Your Honor, I know that my father must face consequences for his actions, but I also know that punishment alone does not define justice. He is more than the mistakes he has made, and I truly believe he still has the ability to return to society as a better man, one who can be present for his family and contribute positively to his community. We are a small family, and his absence has left a lasting void. We are prepared to stand with him through this process and to help him succeed once he comes home.

Thank you for considering my words as you make this difficult decision. I write with the respect of a son who loves his father, but also with the understanding that your duty is to balance accountability with mercy. I respectfully ask that you keep both in mind when sentencing him on October 14.

Respectfully,

October 3, 2025