UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

CRIMINAL ACTION NO. 7:24-CR-0016-KKC

UNITED STATES OF AMERICA                                                      PLAINTIFF

VS.

JUSTIN SLONE                                                                            DEFENDANT

## SENTENCING MEMORANDUM

Comes now the Defendant, JUSTIN SLONE, and hereby submits the following Sentencing Memorandum for the Court's consideration prior to sentencing in the above-styled action.

Justin is a 46-year-old native of eastern Kentucky who has lived for virtually all of life in Floyd County, Kentucky. He is married to his wife Angeline, and is the proud parent of three children. All of Justin's immediate family members live in the Garrett and/or Wayland communities in Floyd County, Kentucky. Justin is also the child of his devoted mother, Susan Francis, who has continued to support him throughout the duration of this case; indeed, Ms. Francis has maintained contact with counsel throughout Justin's case, and assisted with background information regarding her son, as well as obtaining medical records and other information that she believes might help her son's case. Also, Justin has accepted responsibility for his conduct in this case and entered a guilty plea to one count of Possession of a Firearm by a Convicted Felon.

At least two influences led Justin into the conduct that comprises the commission of this offense, namely, his use of drugs, and his failure to both receive and/or maintain adequate mental health treatment. As the U.S. Probation officer points out in Paragraph 48 of the PSR, Justin has had several automobile accidents, at least one of which resulted in a broken back, for which back surgery has been recommended. By his own admission, the car wreck(s) have resulted in extreme pain which Justin self-medicated with opiates and other drugs. The predictable result in Justin's life was a life-long dependence on drugs, thereby creating at least some of the conduct which has led him to this Court in the above-styled case.

Justin would accept drug treatment during his time in the custody of the Bureau of Prisons (BOP), and, as seen by the letters written on his behalf by his family, would be a changed person when maintaining sobriety. All of the letters submitted by Justin's family members describe the change in his character and interactions with his family since the Court ordered him to be both evaluated and receive treatment at the BOP facility early in this action.

Justin has also received mental health treatment in the Floyd County area prior to this case, and continues to take mental health medications while lodged in the Woodford County Detention Center.

Justin is remorseful for his conduct in this case and realizes that his long-term drug use has resulted in a long-term separation from his wife, his children, and his mother—all of whom miss his presence in their close-knit eastern Kentucky family. Mr. Slone has realized that his misuse of drugs, along with his failure to maintain mental health treatment, has resulted in a lengthy separation from the people who care about him. Justin now understands that he must take steps to maintain his sobriety, both in prison, and upon his release; counsel asks on his behalf

that the Court make treatment in the Medically Assisted Treatment (MAT) program and/or the Residential Drug Abuse Program (RDAP) part of the Court's Final Judgment in his case.

Justin Slone is much more than the charge to which he has entered a guilty plea. Counsel was struck especially by the letter written by his daughter, in which she spoke lovingly about her father, recounting her memory of him as the "one who taught me to play golf." It would be easy to dismiss Justin's conduct as simply the result of drug use and ignoring the law; but Justin Slone is a devoted father and son, and a large part of his loving family which misses him dearly.

On behalf of Justin, counsel asks the Court to consider a sentence sufficient, but not greater than necessary, in his case. Paragraph 59 of the PSR calculates Justin's sentence at 100 to 125 months; a sentence at the bottom end of those guidelines would effectively be an eight-and-a-half year sentence. Counsel respectfully requests that the Court impose such a sentence in Justin Slone's case herein.

/s/Andy Markelonis  
ANDY MARKELONIS  
P.O. Box 464, 2708 Louisa Street  
Catlettsburg, Kentucky 41129  
(606) 739-8616; (606) 615-6711  
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served upon the parties via the CM/ECF filing system on this the 10th day of October, 2025.

/s/Andy Markelonis  
ANDY MARKELONIS