UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CRIMINAL MINUTES – SENTENCING

Case No. 7:24-cr-16-KKC-EBA-1    At Lexington    Date October 14, 2025

USA vs. Justin D. Slone    X present  X custody   ___ bond   ___ OR   Age ___

DOCKET ENTRY: Proceedings held as noted. There were no objections to the Presentence Report. The Court adopts the factual findings and proposed guidelines in the Presentence Report. There were no objections to the sentence as stated.

PRESENT: HON. KAREN K. CALDWELL, U.S. DISTRICT JUDGE

| Genia Denisio | None | Elaine Haberer | W. Pearce Nesbitt for Andrew Trimble |
|---|---|---|---|
| Deputy Clerk | Interpreter | Court Reporter | Assistant U.S. Attorney |

Counsel for Deft:  Andy Markelonis    x  present    ___ retained    x  appointed

PROCEEDINGS: **SENTENCING (Non-Evidentiary)**

___ Objection to Presentence Report.

x   No objections to the Presentence Report.

x   Court advised defendant of appellate rights.

x   Transcript shall be deemed as written findings of Court.

x   Judgment shall be entered (See Judgment & Commitment.)

___ Defendant to remain on release.

x   Defendant remanded to custody of the USM.

Copies: COR, USP, USM

Initials of Deputy Clerk: gld
TIC: 22 min