**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**PIKEVILLE**

**CRIMINAL NO. 7:24-CR-16-REW**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**V.**                          **NOTICE REGARDING FORFEITURE**

**JUSTIN D. SLONE**                                              **DEFENDANT**

**\* \* \* \* \***

The United States hereby gives notice that it does not intend to seek judicial forfeiture in this action. The firearms, ammunition, and silencers seized from Justin D. Slone, have been administratively forfeited by the Bureau of Alcohol, Tobacco, Firearms and Explosives. Thus, the United States will no longer pursue forfeiture of these items in this criminal action.

                    Respectfully submitted,

                    PAUL C. McCAFFREY
                    ACTING UNITED STATES ATTORNEY

By:     /s/ John M. Spires
        Assistant United States Attorney
        260 West Vine Street, Suite 300
        Lexington, Kentucky 40507
        Phone: (859) 233-2661
        Fax: (859) 233-2658
        E-mail: john.spires@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send the notice of electronic filing to counsel of record.

/s/ John M. Spires
Assistant United States Attorney