# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

Eastern District of Kentucky
FILED
DEC 3 0 2025
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

## CERTIFICATE OF OFFICIAL COURT REPORTER
Arraignments, Pleas, and Sentencing Proceedings

I, *(print full name)* **Lauren I. Gootee**, certify that I am a duly appointed Official Court Reporter for the United States district court named above, and that I was present in the courtroom of this court on *(date)* **07/14/2025**. On this date during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the following cases:

| Name of Defendant | Docket Number | Nature of Proceeding *(Arraignment, plea, sentence)* |
|---|---|---|
| Antonia Balderas-Arellano | 25-58 | Rearraignment |
| Justin D. Slone | 24-16 | Rearraignment |
| John Robert Eckler | 24-114 | Rearraignment |

I have played back the recording and certify that it is a true and correct record of the proceedings, that it is sufficiently intelligible when played on *(machine or equipment – make and model or format)* **CaseCatalyst**, that it can be transcribed without undue difficulty, and that I have filed the original recording with the clerk of court.

I further certify that I have filed my original steno-notes, stenomask recordings, or other original records taken of these proceedings with the clerk as required by 28 USC § 753(b).

Date: 07/14/2025

*(Court Reporter's Signature)*